IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONAI EL-SHADDAI, | 1:09-cv-00103-SMS (PC) |
| Plaintiff, | ORDER TO SUBMIT SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE WITHIN THIRTY (30) DAYS |
| vs. | |
| KEN CLARK, et al., | |
| Defendants. / | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff's application to proceed in forma pauperis was deficient in that it did not include plaintiff's signature in the appropriate area of the form. Each document submitted for filing must include the original signature of the filing party or parties. Local Rule 7-131; F.R.C.P. 11(a).

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, plaintiff shall re-submit the enclosed application to proceed in forma pauperis, with plaintiff's original signature in the appropriate area of the form, or in the alternative, pay the $350.00 filing fee for this action.

**Failure to comply with this order will result in a recommendation that this action be dismissed**.

IT IS SO ORDERED.

Dated:  January 30, 2009           /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE