# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADONAI EL-SHADDAI, | CASE NO. 1:09-cv-00103-SKO PC |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| KEN CLARK, et al., | |
| Defendants. | |

_____/

Plaintiff has filed a notice of voluntary dismissal.  (Doc. #18.)  Plaintiff's notice states: "[p]lease take notice of dismissal of the above entitled case by Plaintiff pursuant to F.R.C.P. Rule 41(a)." (Notice of Dismissal 1.)  Plaintiff has consented to jurisdiction by U.S. Magistrate Judge. (Doc. #6.)

Accordingly, it is HEREBY ORDERED that this action is dismissed without prejudice on Plaintiff's motion, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I).  The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:   June 4, 2010**        _____ **/s/ Sheila K. Oberto** _____
UNITED STATES MAGISTRATE JUDGE

1